1  MICHAEL HINCKLEY [CSBN 161645]
   STIGLICH & HINCKLEY, LLP
2  The CCDS Building
   502 Seventh Street
3  San Francisco, California  94103
   Tel.:   (415) 865-2539
4  Fax:    (415) 865-2538
   Email: hinckley@stiglichhinckley.com
5
   Attorneys for Plaintiff
6  SUNNYSIDE DEVELOPMENT
   COMPANY LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | SUNNYSIDE DEVELOPMENT COMPANY LLC, | **Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11; Notice of Pendency of Other Action, pursuant to L.R. 3-13 & 7-11** |
12 | Plaintiff, |   |
13 | v. |   |
14 | CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V, | Case No. 3:08-CV-01780 |
15 | Defendants. |   |

SUNNYSIDE DEVELOPMENT COMPANY LLC,

   Plaintiff,

   v.

CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V,

   Defendants.

**Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11; Notice of Pendency of Other Action, pursuant to L.R. 3-13 & 7-11**

Case No. 3:08-CV-01780

19     Pursuant to Civil Local Rules 3-12, Plaintiff Sunnyside Development Company LLC
20 "Sunnyside") hereby (1) files this Administrative Motion To Consider Whether Cases Should be
21 Related, and (2) provides Notice of Pendency of Other Action or Proceeding, in accordance with
22 Local Rules 3-13, and 7-11.
23
24 \\\
25
26 \\\
27 \\\
28
                                   1
**Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11**

## MOTION PURSUANT TO LOCAL RULE 3-12.

Sunnyside files this administrative motion to consider whether this action may be related to an action that is or was pending in this District as defined in Civil L.R. 3-12(a). As a basis for its motion, Sunnyside states as follows:

### *A description of action previously pending:*

The above-captioned action may be related to an action previously pending before the Honorable Judge Patel in this court, entitled *Sunnyside Development Co. LLC v. Opsys Limited*, No. C 05-0553 MHP (N.D.Ca.) (Patel, J.). In that action, Sunnyside obtained a judgment against Opsys Limited in the amount of $4,853,017.00, representing damages caused by Opsys's breach of its lease obligation to Sunnyside.

### *A brief statement of the relationship of the other action to the action or proceeding pending in this district*:

Sunnyside's present action arises out of efforts to collect the above-mentioned judgment entered in *Sunnsyide Development Company LLC v. Opsys Limited*, No. 05-CV-0553 (N.D.Ca.).

### NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 13-3.

No additional actions currently are pending before another United States District Court or an action pending in a State Court.

There is an appeal currently pending before the United States Court of Appeals for the Ninth Circuit, entitled *Sunnsyide Development Company LLC v. Opsys Limited*, Appeal No. 07-16773 (9th Cir.). That appeal arises out of the action, entitled *Sunnsyide Development Company LLC v. Opsys Limited*, No. 05-CV-0553 (N.D.Ca.).

There is an appeal currently pending before the United States Court of Appeals for the Second Circuit, entitled *Sunnyside Development Company LLC v. Bank of New York*, Appeal No. 08-1274-cv (2d Cir.). That appeal arises out of Sunnyside's action, entitled *Sunnyside*

*Development Company LLC v. Bank of New York*, Index No. 113409-07, filed in the Supreme Court for the State of New York, and removed by Cambridge Display Technology, Inc. to the United States District Court for the Southern District of New York, entitled *Sunnyside Development Company LLC v. Bank of New York*, 07-CV-08825 (LLS) (Stanton, J.).

Dated: May 19, 2008

                                        STIGLICH & HINCKLEY, LLP

                                        /s/ Michael L. Hinckley
By_____
                                      MICHAEL L. HINCKLEY

The CCDS Building
502 Seventh Street
San Francisco, CA 94103
Telephone: (415) 865-2539

TRAIGER & HINCKLEY LLP
George R. Hinckley, Jr. (GH-7511)
Christoph C. Heisenberg (CH-8736)

880 Third Ave. 9th Floor
New York, NY 10022-4730
Tel.: (212) 759-4933

PROOF OF SERVICE

I, Michael Hinckley, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the law firm of STIGLICH & HINCKLEY, LLP 502 Seventh Street, San Francisco, CA 94103:

I served the attached:

**Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11; Notice of Pendency of Other Action, pursuant to L.R. 3-13 & 7-11**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Bruce Ericson, Esq.
Pillsbury Winthrop Shaw & Pittman LLP
50 Fremont Street
San Francisco, CA 94105

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the law firm of STIGLICH & HINCKLEY, LLP, 502 Seventh Street, San Francisco, CA 94103, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted was 865-2538. The fax number(s) of the machine(s) to which the document(s) were transmitted are listed above. The fax transmission was reported as complete and without error. I caused the transmitting facsimile machine to print a transmission record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 19, 2008, at San Francisco, California.

/s/ Michael Hinckley