MICHAEL HINCKLEY [CSBN 161645]
STIGLICH & HINCKLEY, LLP
The CCDS Building
502 Seventh Street
San Francisco, California 94103
Tel.:   (415) 865-2539
Fax:   (415) 865-2538
Email: hinckley@stiglichhinckley.com

Attorneys for Plaintiff
SUNNYSIDE DEVELOPMENT
COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V,<br><br>Defendants. | WAVIER OF SERVICE OF SUMMONS BY DEFENDANT CDT OXFORD LIMITED<br><br>Case No. 08-CV-1780 |

Attached is the Waiver of Service of Summons by defendant CDT Oxford Limited.

Dated: June 3, 2008

                                    STIGLICH & HINCKLEY, LLP

                                    /s/ Michael Hinckley

                                    Michael L. Hinckley
                                    Attorneys for Plaintiff
                                    SUNNYSIDE DEVELOPMENT
                                    COMPANY LLC

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Christoph C. Heisenberg, Esq.
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, CDT Oxford Limited , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Sunnyside Development Company LLC v. Cambridge Display Technology Limited, et ,
(CAPTION OF ACTION)

which is case number 08-CV-1780 in the United States District Court
(DOCKET NUMBER)

for the NORTHERN District of CALIFORNIA .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after May 27, 2008 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

May 27, 2008                    /s/ Bruce A. Ericson
(DATE)                          (SIGNATURE)

Printed/Typed Name: Bruce A. Ericson, Esq.

As Attorney for             CDT Oxford Limited
(TITLE)                     Cambridge Display (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.