1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON #76342
2   ALICE KWONG MA HAYASHI #178522
    50 Fremont Street
3   Post Office Box 7880
    San Francisco, CA  94120-7880
4   Telephone:  (415) 983-1000
    Facsimile:  (415) 983-1200
5   bruce.ericson@pillsburylaw.com
    alice.hayashi@pillsburylaw.com
6
    Attorneys for Defendants
7   CAMBRIDGE DISPLAY TECHNOLOGY LIMITED
    and CDT OXFORD LIMITED
8
    MICHAEL HINCKLEY #161645
9   STIGLICH & HINCKLEY, LLP
    The CCDS Building
10  502 Seventh Street
    San Francisco, CA  94103
11  Telephone:  (415) 865-2539
    Facsimile:  (415) 865-2538
12  hinckley@stiglichhinckley.com

13  Attorney for Plaintiff
    SUNNYSIDE DEVELOPMENT COMPANY LLC
14

15                 UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18  ────────────────────────────────

19  SUNNYSIDE DEVELOPMENT              No. C-08-1780-MHP
    COMPANY LLC,
20                                     **STIPULATION TO EXTEND**
                       Plaintiff,      **DEFENDANT CAMBRIDGE**
21                                     **DISPLAY TECHNOLOGY**
            vs.                        **LIMITED'S TIME TO RESPOND**
22                                     **TO COMPLAINT**
    CAMBRIDGE DISPLAY TECHNOLOGY
23  LIMITED, CDT OXFORD LIMITED,       Courtroom 15, 18th Floor
    OPSYS LIMITED, and JOHN DOES I     Hon. Marilyn Hall Patel
24  through V,

25                       Defendants.

26

27

28

**RECITALS**

A.     Plaintiff Sunnyside Development Company LLC ("Sunnyside") filed its Complaint against defendants Cambridge Display Technology Limited ("CDT Ltd."), CDT Oxford Limited ("CDT Oxford"), and Opsys Limited on April 3, 2008.  Dkt. 1.

B.     Sunnyside served CDT Ltd. on May 22, 2008.  As a result, the last day for CDT Ltd. to move to dismiss under Rule 12(b) is Wednesday, June 11, 2008.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i) & 12(b) (providing 20 days to file such a motion after service of the summons and complaint).

C.     CDT Oxford waived service of summons on May 27, 2008.  Dkt. 8.  As a result, the last day for CDT Oxford to move to dismiss under Rule 12(b) is Monday, July 28, 2008.  Fed. R. Civ. P. 4(d)(3).

**STIPULATION**

Defendants CDT Ltd. and CDT Oxford, through their counsel of record, and Plaintiff Sunnyside, through its counsel of record, hereby stipulate that the time for CDT Ltd. to move to dismiss the Complaint under Rule 12(b) of the Federal Rules of Civil Procedure, or otherwise respond to the Complaint, will be and is extended to and including July 28, 2008, the same day by which CDT Oxford must respond to the Complaint.

1    Dated:  June 5, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
2                                                  BRUCE A. ERICSON
ALICE KWONG MA HAYASHI
3                                                  50 Fremont Street
Post Office Box 7880
4                                                  San Francisco, CA  94120-7880

5

By _____ /s/ Bruce A. Ericson _____
6                                                          Bruce A. Ericson
Attorneys for Defendants
7                                                  CAMBRIDGE DISPLAY TECHNOLOGY
LIMITED and CDT OXFORD LIMITED
8
MICHAEL HINCKLEY
9                                                  STIGLICH & HINCKLEY, LLP
The CCDS Building
10                                                502 Seventh Street
San Francisco, CA  94103
11

12                                            By _____ /s/ Christoph C. Heisenberg _____
Christoph C. Heisenberg
13                                                  Attorneys for Plaintiff
SUNNYSIDE DEVELOPMENT
14                                                COMPANY LLC

15

16          **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

17          I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I

18   have obtained the concurrence in the filing of this document from Christoph C. Heisenberg,

19   counsel for Sunnyside.

20          I declare under penalty of perjury that the foregoing declaration is true and correct.

21          Executed on June 5, 2008, at San Francisco, California.

22

23                                            _____ /s/ Bruce A. Ericson _____
Bruce A. Ericson
24

25

26

27

28