**FILED**
JUN 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sunnyside Development Company LLP

Plaintiff(s),

v.

Cambridge Display Technology, Limited; CDT Opsys Limited; Opsys Limited and John Does I through IV,

Defendant(s).

CASE NO. CV 08 01780 (MEJ) MHP

(Proposed)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

George R. Hinckley, Jr., an active member in good standing of the bar of New York and Florida whose business address and telephone number (particular court to which applicant is admitted) is Traiger & Hinckley LLP, 880 Third Avenue, 9th Floor, New York, New York 10022, (212) 759-4933, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sunnyside Development Company LLP.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 11, 2008

_____
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sunnyside Development Company LLP

Plaintiff(s),

v.

Cambridge Display Technology, Limited; CDT Opsys Limited; Opsys Limited and John Does I through IV,

Defendant(s).

CASE NO. CV 08 01780 (MEJ) MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Christoph C. Heisenberg , an active member in good standing of the bar of New York and Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is Traiger & Hinckley LLP
880 Third Avenue, 9th Floor
New York, New York 10022
(212) 845-9094
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sunnyside Development Company LLP

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: June 11, 2008

United States District Judge