

| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Christoph C. Heisenberg, Esq.
Traiger & Hinckley LLP
880 Third Ave. 9th Floor
New York, NY 10022
(212) 845-9094
cheisenberg@traigerlaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SUNNYSIDE DEVELOPMENT COMPANY LLC

Plaintiff(s),

v.

CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V,

Defendant(s).

CASE NO.  CV 08 1780 (MEJ)

MHP

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, **Christoph C. Heisenberg, Esq.**, an active member in good standing of the bar of **New York and Massachusetts**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **SUNNYSIDE DEVELOPMENT CO. LLC** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michael Hinckley (415) 706-1386
Stiglich & Hinckley, LLP
502 Seventh Street
San Francisco, CA 94103

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **May 27, 2008**

Christoph C. Heisenberg

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019807
Cashier ID: bucklem
Transaction Date: 06/03/2008
Payer Name: traiger and hinckley
--------------------------------
PRO HAC VICE
 For: christopher heisenberg
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: geroge hinckley
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
--------------------------------
CHECK
 Check/Money Order Num: 2168
 Amt Tendered: $420.00
--------------------------------
Total Due:      $420.00
Total Tendered: $420.00
Change Amt:     $0.00

c08-1780mej


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```