1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON #76342
2  ALICE KWONG MA HAYASHI #178522
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
5  bruce.ericson@pillsburylaw.com
   alice.hayashi@pillsburylaw.com
6
   Attorneys for Defendants
7  CAMBRIDGE DISPLAY TECHNOLOGY LIMITED
   and CDT OXFORD LIMITED
8
   MICHAEL HINCKLEY #161645
9  STIGLICH & HINCKLEY, LLP
   The CCDS Building
10 502 Seventh Street
   San Francisco, CA  94103
11 Telephone:  (415) 865-2539
   Facsimile:  (415) 865-2538
12 hinckley@stiglichhinckley.com

13 Attorney for Plaintiff
   SUNNYSIDE DEVELOPMENT COMPANY LLC
14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18
   ┌─────────────────────────────────┐
19 │ SUNNYSIDE DEVELOPMENT            │    No. C-08-1780-MHP
   │ COMPANY LLC,                     │
20 │                                  │    **STIPULATION TO EXTEND TIME**
   │                    Plaintiff,    │    **FOR INITIAL DISCLOSURES**
21 │                                  │
   │       vs.                        │    Courtroom 15, 18th Floor
22 │                                  │    Hon. Marilyn Hall Patel
   │ CAMBRIDGE DISPLAY TECHNOLOGY     │
23 │ LIMITED, CDT OXFORD LIMITED,     │
   │ OPSYS LIMITED, and JOHN DOES I   │
24 │ through V,                       │
   │                                  │
25 │                    Defendants.   │
   └─────────────────────────────────┘
26

27

28

**RECITALS**

A.  Counsel for plaintiff Sunnyside Development Company LLC ("Sunnyside") and counsel for defendants Cambridge Display Technology Limited ("CDT Ltd.") and CDT Oxford Limited ("CDT Oxford") commenced the conference required by Rule 26(f) of the Federal Rules of Civil Procedure on June 17, 2008.

B.  As a result, the last day for the parties to make their initial disclosures under Rule 26(a)(1) is July 1, 2008. *See* Fed. R. Civ. P. 26(a)(1)(C) (providing that a party "must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in this action and states the objection in the proposed discovery plan").

C.  Rule 26(a)(1) permits the parties to stipulate to a different time for initial disclosures. Civil Local Rule 6-1(a) permits the parties to stipulate in writing, without a Court order, to enlarge the time "in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order."

D.  The parties are not required to file or lodge their initial disclosures with the Court. The Order Setting Initial Case Management Conference and ADR Deadlines, filed April 3, 2008 (Dkt. 3), provides that the last day to make initial disclosures is July 3, 2008. The Order also states, however, "If the Initial Case Management Conference is continued, the other deadlines are continued accordingly." The Initial Case Management Conference was continued from July 10, 2008, to July 21, 2008. *See* Clerk's Notice (Scheduling Case Management Conference in Reassigned Case), filed May 30, 2008 (Dkt. 7). Accordingly, the last day to make initial disclosures was extended to July 14, 2008. The parties may therefore stipulate to extend the time for initial disclosures to and including July 14, 2008, without "alter[ing] the date of any event or any deadline already fixed by Court order."

## STIPULATION

Defendants CDT Ltd. and CDT Oxford, through their counsel of record, and Plaintiff Sunnyside, through its counsel of record, hereby stipulate that the time for the parties to make their initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure will be and is extended to and including July 14, 2008.

Dated: June 27, 2008.

```
                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                BRUCE A. ERICSON
                                ALICE KWONG MA HAYASHI
                                50 Fremont Street
                                Post Office Box 7880
                                San Francisco, CA  94120-7880


                                By _____/s/ Alice Kwong Ma Hayashi_____
                                        Alice Kwong Ma Hayashi
                                    Attorneys for Defendants
                                    CAMBRIDGE DISPLAY TECHNOLOGY
                                    LIMITED and CDT OXFORD LIMITED

                                MICHAEL HINCKLEY
                                STIGLICH & HINCKLEY, LLP
                                The CCDS Building
                                502 Seventh Street
                                San Francisco, CA  94103


                                By _____/s/ Christoph C. Heisenberg_____
                                        Christoph C. Heisenberg
                                    Attorneys for Plaintiff
                                    SUNNYSIDE DEVELOPMENT
                                    COMPANY LLC
```

1 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2    I, ALICE KWONG MA HAYASHI, hereby declare pursuant to General Order 45,

3 § X.B, that I have obtained the concurrence in the filing of this document from Christoph C.

4 Heisenberg, counsel for Sunnyside.

5    I declare under penalty of perjury that the foregoing declaration is true and correct.

6    Executed on June 27, 2008, at San Francisco, California.

7

8                            /s/ Alice Kwong Ma Hayashi
                              Alice Kwong Ma Hayashi

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28