UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                Plaintiff(s),         Case No.

                                  ADR CERTIFICATION BY PARTIES
                                  AND COUNSEL

    v.

                Defendant(s).
_____/

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                                   _____
                                                                                        [Party]

Dated: _____                                                                   _____
                                                                                       [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

```
To the extent the filing of this certification constitutes an appearance, CDT Oxford Limited makes
this appearance specially without waiving any applicable defenses, including the defenses of lack of
personal jurisdiction and improper venue.  CDT Oxford (which is a United Kingdom corporation head-
quartered in the United Kingdom and has had no contact with the United States) plans to raise these
defenses in a motion to dismiss under Federal Rule of Civil Procedure 12(b) at the appropriate time.
```

Rev. 12/05

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON #76342 |
| 2 | ALICE KWONG MA HAYASHI #178522 |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
|   | Facsimile:  (415) 983-1200 |
| 5 | bruce.ericson@pillsburylaw.com |
|   | alice.hayashi@pillsburylaw.com |
| 6 | |
|   | Attorneys for Defendants |
| 7 | CAMBRIDGE DISPLAY TECHNOLOGY LIMITED |
|   | and CDT OXFORD LIMITED |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC, | No. C-08-1780-MHP |
| Plaintiff, | **DECLARATION OF ALICE K. M. HAYASHI PURSUANT TO GENERAL ORDER 45, § X.B** |
| vs. | Courtroom 15, 18th Floor |
| CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V, | Hon. Marilyn Hall Patel |
| Defendants. | |

I, ALICE KWONG MA HAYASHI, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of the attached ADR Certification by Parties and Counsel from Hilary Charles for Cambridge Display Technology Limited and CDT Oxford Limited.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 30, 2008, at San Francisco, California.

                                                            /s/ Alice Kwong Ma Hayashi
                                                            Alice Kwong Ma Hayashi