UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUNNYSIDE DEVELOPMENT
COMPANY LLC,

    Plaintiff(s),

v.

CAMBRIDGE DISPLAY TECHNOLOGY
LIMITED, CDT OXFORD LIMITED, et al.

    Defendant(s).

CASE NO. C-08-1780 MHP

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓ other requested deadline  October 31, 2008 (after Defs.' motions to dismiss are decided)

Dated: June 30, 2008

                /s/ Christoph C. Heisenberg
                Attorney for Plaintiff

Dated: June 30, 2008

                /s/ Alice Kwong Ma Hayashi
                Attorney for Defendants
                CAMBRIDGE DISPLAY TECHNOLOGY
                and CDT OXFORD LIMITED

```
To the extent the filing of this stipulation constitutes an appearance, CDT Oxford Limited makes
this appearance specially without waiving any applicable defenses, including the defenses of lack of
personal jurisdiction and improper venue.  CDT Oxford (which is a United Kingdom corporation head-
quartered in the United Kingdom and has had no contact with the United States) plans to raise these
defenses in a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure at the
appropriate time.  Sunnyside does not join in this statement and will oppose any motion to dismiss.
```

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
✓   Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓   other   October 31, 2008

IT IS SO ORDERED.

Dated: _July 3, 2008_



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON #76342 |
| 2 | ALICE KWONG MA HAYASHI #178522<br>50 Fremont Street |
| 3 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000<br>Facsimile:  (415) 983-1200 |
| 5 | bruce.ericson@pillsburylaw.com<br>alice.hayashi@pillsburylaw.com |
| 6 | |
| 7 | Attorneys for Defendants<br>CAMBRIDGE DISPLAY TECHNOLOGY LIMITED<br>and CDT OXFORD LIMITED |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V,<br><br>                    Defendants. | No. C-08-1780-MHP<br><br>**DECLARATION OF ALICE K. M. HAYASHI PURSUANT TO GENERAL ORDER 45, § X.B**<br><br>Courtroom 15, 18th Floor<br>Hon. Marilyn Hall Patel |

I, ALICE KWONG MA HAYASHI, hereby declare pursuant to General Order 45, § X.B, that I have obtained concurrence in the filing of the parties' Stipulation and [Proposed] Order Selecting ADR Process from Christoph C. Heisenberg, counsel for Sunnyside.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 30, 2008, at San Francisco, California.

                          /s/ Alice Kwong Ma Hayashi
                          Alice Kwong Ma Hayashi