| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON #76342 |
| 2 | ALICE KWONG MA HAYASHI #178522 |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
|   | Facsimile:  (415) 983-1200 |
| 5 | bruce.ericson@pillsburylaw.com |
|   | alice.hayashi@pillsburylaw.com |
| 6 | |
|   | Attorneys for Defendants |
| 7 | CAMBRIDGE DISPLAY TECHNOLOGY LIMITED |
|   | and CDT OXFORD LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC, | No. C-08-1780-MHP |
| Plaintiff, | **DEFENDANTS CAMBRIDGE DISPLAY TECHNOLOGY LIMITED AND CDT OXFORD LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V, | [Civil L.R. 3-16] |
| Defendants. | Courtroom 15, 18th Floor |
| | Hon. Marilyn Hall Patel |

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

2 persons, associations of persons, firms, partnerships, corporations (including parent

3 corporations) or other entities (i) have a financial interest in the subject matter in

4 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

5 subject matter or in a party that could be substantially affected by the outcome of this

6 proceeding:

7 • CDT Holdings Limited (Cambridge Display Technology Limited's direct
8 parent corporation and CDT Oxford Limited's indirect parent corporation).

9 • Cambridge Display Technology, Inc. (CDT Holdings Limited's direct parent
10 corporation).

11 • Sumitomo Chemical Co., Ltd. (Cambridge Display Technology, Inc.'s direct
12 parent corporation).

13    Dated:  July 11, 2008.

14                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                  BRUCE A. ERICSON
15                                ALICE KWONG MA HAYASHI
                                  50 Fremont Street
16                                Post Office Box 7880
                                  San Francisco, CA  94120-7880
17

18                                By      /s/ Alice Kwong Ma Hayashi
                                        Alice Kwong Ma Hayashi
19                                      Attorneys for Defendants
                                        CAMBRIDGE DISPLAY TECHNOLOGY
20                                      LIMITED and CDT OXFORD LIMITED

21

22

23

24

25

26

27

28