| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | BRUCE A. ERICSON #76342 |
| 2 | ALICE KWONG MA HAYASHI #178522 |
|  | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|  | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
|  | Facsimile:  (415) 983-1200 |
| 5 | bruce.ericson@pillsburylaw.com |
|  | alice.hayashi@pillsburylaw.com |
| 6 | |
|  | Attorneys for Defendants |
| 7 | CAMBRIDGE DISPLAY TECHNOLOGY LIMITED |
|  | and CDT OXFORD LIMITED |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| | SUNNYSIDE DEVELOPMENT COMPANY LLC, | No. C-08-1780-MHP |
| | Plaintiff, | **DEFENDANT CDT OXFORD LIMITED'S DISCLOSURE STATEMENT** |
| | vs. | [Fed. R. Civ. P. 7.1] |
| | CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V, | Courtroom 15, 18th Floor<br>Hon. Marilyn Hall Patel |
| | Defendants. | |

1       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

2  Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

3  undersigned counsel for defendant **CDT OXFORD LIMITED** ("CDT Oxford"), a private

4  non-governmental party, states that Cambridge Display Technology Limited is the direct

5  parent corporation of CDT Oxford.  No other company, whether its securities are publicly

6  traded or not, directly owns ten percent (10%) or more of the stock of CDT Oxford.

7       Dated:  July 11, 2008.

8                               PILLSBURY WINTHROP SHAW PITTMAN LLP
                                BRUCE A. ERICSON
9                               ALICE KWONG MA HAYASHI
                                50 Fremont Street
10                              Post Office Box 7880
                                San Francisco, CA  94120-7880
11

12                              By       /s/ Alice Kwong Ma Hayashi
                                        Alice Kwong Ma Hayashi
13                              Attorneys for Defendants
                                CAMBRIDGE DISPLAY TECHNOLOGY
14                              LIMITED and CDT OXFORD LIMITED

15

16

17

18

19

20

21

22

23

24

25

26

27

28

701139239v1                          - 1 -                CDT OXFORD'S DISCLOSURE STATEMENT
                                                          No. C-08-1780 MHP