| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON #76342 |
| 2 | ALICE KWONG MA HAYASHI #178522 |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
|   | Facsimile:  (415) 983-1200 |
| 5 | bruce.ericson@pillsburylaw.com |
|   | alice.hayashi@pillsburylaw.com |
| 6 | |
|   | Attorneys for Defendants |
| 7 | CAMBRIDGE DISPLAY TECHNOLOGY LIMITED |
|   | and CDT OXFORD LIMITED |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC, | ) | No. C-08-1780-MHP |
| | ) | |
| Plaintiff, | ) | **DEFENDANT CAMBRIDGE DISPLAY TECHNOLOGY LIMITED'S DISCLOSURE STATEMENT** |
| vs. | ) | |
| | ) | [Fed. R. Civ. P. 7.1] |
| CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V, | ) | Courtroom 15, 18th Floor |
| | ) | Hon. Marilyn Hall Patel |
| Defendants. | ) | |

1    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and
2 Magistrate Judges of the Court to evaluate possible disqualification or recusal, the
3 undersigned counsel for defendant **CAMBRIDGE DISPLAY TECHNOLOGY**
4 **LIMITED** ("CDT Ltd."), a private non-governmental party, states that CDT Holdings
5 Limited is the direct parent corporation of CDT Ltd.  No other company, whether its
6 securities are publicly traded or not, directly owns ten percent (10%) or more of the stock of
7 CDT Ltd.

8    Dated:  July 11, 2008.

9     PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON
10     ALICE KWONG MA HAYASHI
    50 Fremont Street
11     Post Office Box 7880
    San Francisco, CA  94120-7880
12
13     By      /s/ Alice Kwong Ma Hayashi
        Alice Kwong Ma Hayashi
14     Attorneys for Defendants
    CAMBRIDGE DISPLAY TECHNOLOGY
15     LIMITED and CDT OXFORD LIMITED

16
17
18
19
20
21
22
23
24
25
26
27
28