```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON #76342
 2  ALICE KWONG MA HAYASHI #178522
    50 Fremont Street
 3  Post Office Box 7880
    San Francisco, CA  94120-7880
 4  Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
 5  bruce.ericson@pillsburylaw.com
    alice.hayashi@pillsburylaw.com
 6
    Attorneys for Defendants
 7  CAMBRIDGE DISPLAY TECHNOLOGY LIMITED
    and CDT OXFORD LIMITED
 8

 9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  ┌─────────────────────────────────────┐
14  │ SUNNYSIDE DEVELOPMENT               │   No. C-08-1780-MHP
    │ COMPANY LLC,                        │
15  │                                     │   **PROOF OF SERVICE
    │                    Plaintiff,       │   VIA U.S. MAIL**
16  │                                     │
    │         vs.                         │
17  │                                     │   Courtroom 15, 18th Floor
    │ CAMBRIDGE DISPLAY TECHNOLOGY        │   Hon. Marilyn Hall Patel
18  │ LIMITED, CDT OXFORD LIMITED,        │
    │ OPSYS LIMITED, and JOHN DOES I      │   Date:  July 21, 2008
19  │ through V,                          │   Time:  4:00 p.m.
    │                                     │
20  │                    Defendants.      │
    └─────────────────────────────────────┘
21

22       I, David A. Kramlick, the undersigned, hereby declare as follows:

23       1.   I am over the age of 18 years and am not a party to the within cause.  I am

24  employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

25  California.

26       2.   My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

27  My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA  94120-7880.

28
```

1  3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On July 14, 2008, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly <u>JOINT CASE MANAGEMENT STATEMENT</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

>       Christoph C. Heisenberg
>       George R. Hinkley
>       Traiger & Hinckley LLP
>       880 Third Avenue
>       9th Floor
>       New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July, 2008, at San Francisco, California.

_____
David A. Kramlick