**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.   C 08-1780  MHP              Judge: MARILYN H. PATEL

Title: SUNNYSIDE DEVELOPMENT COMPANY LLC -v- CAMBRIDGE DISPLAY TECH et al

Attorneys:  Plf: Christoph Heisenberg, Michael Hinckley
            Dft: Bruce Ericson, Alice Kwong Ma Hayashi

Deputy Clerk:  Anthony Bowser    Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying claims; Briefing schedules as follows:

   Motions to be filed by 7/28/2008;
   Oppositions to be filed by 8/18/08;
   Replies to be filed by 8/25/08;
   Motions to be heard 9/8/08 at 2:00 pm;