1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON #76342
2  ALICE KWONG MA HAYASHI #178522
   ELIANA P. KAIMOWITZ RODRIGUEZ #256712
3  50 Fremont Street
   Post Office Box 7880
4  San Francisco, CA  94120-7880
   Telephone:  (415) 983-1000
5  Facsimile:  (415) 983-1200
   bruce.ericson@pillsburylaw.com
6  alice.hayashi@pillsburylaw.com
   eliana.kaimowitz@pillsburylaw.com
7
   Attorneys for Defendants
8  CAMBRIDGE DISPLAY TECHNOLOGY LIMITED
   and CDT OXFORD LIMITED

9

10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13 SAN FRANCISCO DIVISION

14

15 SUNNYSIDE DEVELOPMENT COMPANY LLC,

16              Plaintiff,

17     vs.

18 CAMBRIDGE DISPLAY TECHNOLOGY
19 LIMITED, CDT OXFORD LIMITED,
   OPSYS LIMITED, and JOHN DOES I
20 through V,

21              Defendants.

No. C-08-1780-MHP

**[PROPOSED] ORDER GRANTING DEFENDANT CDT OXFORD LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Date:    September 8, 2008
Time:    2:00 pm
Courtroom 15, 18th Floor
Hon. Marilyn Hall Patel

22

23

24

25

26

27

28

1  Defendant CDT Oxford Limited ("CDT Oxford") has moved pursuant to Rule
2  12(b)(2) of the Federal Rules of Civil Procedure to dismiss the Complaint filed by plaintiff
3  Sunnyside Development Company LLC ("Sunnyside") for lack of personal jurisdiction
4  over CDT Oxford ("Motion").  The Motion came on for hearing on September 8, 2008,
5  before the above-entitled Court, the Honorable Marilyn Hall Patel presiding.  Defendant
6  CDT Oxford was represented by Bruce A. Ericson, Esq., and Alice K. M. Hayashi, Esq., of
7  Pillsbury Winthrop Shaw Pittman LLP.  Plaintiff Sunnyside was represented by Michael
8  Hinckley, Esq., of Stiglich & Hinckley, LLP, and Christoph C. Heisenberg, Esq., of Traiger
9  & Hinckley LLP.  The Court having read and considered the Motion and the supporting and
10 opposing papers filed by the parties, and having heard and considered the arguments of
11 counsel, and good cause appearing therefor:
12      IT IS HEREBY ORDERED that the Motion is granted on the ground that there is no
13 basis for either general or specific personal jurisdiction over CDT Oxford.  Sunnyside's
14 Complaint is therefore dismissed with prejudice as to CDT Oxford.
15      Dated: _____

                                          _____
                                          Hon. Marilyn Hall Patel
                                          United States District Judge