| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON #76342 |
| 2 | ALICE KWONG MA HAYASHI #178522<br>ELIANA P. KAIMOWITZ RODRIGUEZ #256712 |
| 3 | 50 Fremont Street<br>Post Office Box 7880 |
| 4 | San Francisco, CA  94120-7880<br>Telephone:  (415) 983-1000 |
| 5 | Facsimile:  (415) 983-1200 |
| 6 | bruce.ericson@pillsburylaw.com<br>alice.hayashi@pillsburylaw.com<br>eliana.kaimowitz@pillsburylaw.com |
| 7 | |
| 8 | Attorneys for Defendants<br>CAMBRIDGE DISPLAY TECHNOLOGY LIMITED<br>and CDT OXFORD LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V,<br><br>                    Defendants. | No. C-08-1780-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CAMBRIDGE DISPLAY TECHNOLOGY LIMITED'S MOTION TO STAY CASE PENDING APPEAL**<br><br>Date:    September 8, 2008<br>Time:   2:00 pm<br>Courtroom 15, 18th Floor<br>Hon. Marilyn Hall Patel |

1    Defendant Cambridge Display Technology Limited ("CDT Ltd.") has moved to stay
2 this action pending resolution of the appeal in *Sunnyside Dev. Co. v. Opsys Ltd.,* No. C-05-
3 553-MHP, 2007 WL 2462142 (N.D. Cal. Aug. 29, 2007), *appeal pending,* No. 07-16773
4 (9th Cir.) ("Motion").  Defendant CDT Oxford Limited ("CDT Oxford") joins in the
5 Motion.  The Motion came on for hearing on September 8, 2008, before the above-entitled
6 Court, the Honorable Marilyn Hall Patel presiding.  Defendants CDT Ltd. and CDT Oxford
7 were represented by Bruce A. Ericson, Esq., and Alice K. M. Hayashi, Esq., of Pillsbury
8 Winthrop Shaw Pittman LLP.  Plaintiff Sunnyside Development Company LLC was
9 represented by Michael Hinckley, Esq., of Stiglich & Hinckley, LLP, and Christoph C.
10 Heisenberg, Esq., of Traiger & Hinckley LLP.  The Court having read and considered the
11 Motion and the supporting and opposing papers filed by the parties, and having heard and
12 considered the arguments of counsel, and good cause appearing therefor:
13    IT IS HEREBY ORDERED that the Motion is granted on the ground that there is
14 substantial overlap between this action and the pending appeal and a stay would serve the
15 interests of efficiency, economy and fairness to the parties.  This action shall therefore be
16 stayed pending resolution of the appeal before the Ninth Circuit (No. 07-16773) or further
17 order of this Court.
18    Dated: _____

                                                    Hon. Marilyn Hall Patel
                                                    United States District Judge