1
2  STIGLICH & HINCKLEY, LLP
   MICHAEL HINCKLEY #161645
3  The CCDS Building
   502 Seventh Street
4  San Francisco, CA  94103
   Telephone:  (415) 865-2539
5  Facsimile:  (415) 865-2538
   hinckley@stiglichhinckley.com
6
7  TRAIGER & HINCKLEY LLP
   501 Fifth Avenue, Suite 506
8  New York, New York 10017
   cheisenberg@traigerlaw.com
9
10 Attorney for Plaintiff
   SUNNYSIDE DEVELOPMENT COMPANY LLC
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                       SAN FRANCISCO DIVISION

15
16 | SUNNYSIDE DEVELOPMENT COMPANY LLC, | No. C-08-1780-MHP |
   |---|---|
   | | **AFFIRMATION OF CHRISTOPH C. HEISENBERG IN OPPOSITION TO CDT LIMITED's MOTION TO DISMISS** |
   | Plaintiff, | |
   | vs. | |
   | CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V, | Courtroom 15, 18th Floor<br>Hon. Marilyn Hall Patel |
   | Defendants. | |

24
25
26
27
28

1

Affirmation of Christoph Heisenberg
No. C:08-1780-MHP

1. I am an attorney with Traiger & Hinckley LLP, counsel to Plaintiff Sunnyside Development Company LLC ("Sunnyside" or "Plaintiff"). I submit this Affirmation to place before the Court certain documents referenced in Sunnyside's opposition to the motion of Defendant Cambridge Display Technology Limited to dismiss the complaint herein. Additional exhibits 1 through 3, that third-party Ernst & Young LLP has produced under confidentiality restrictions, are being submitted in a separate affidavit filed in accordance with the Administrative Motion pursuant to Local Rule 79-5(d).

**The Documents Submitted Herewith**

2. Attached as **Exhibit 4** is a true and correct copy of CDT's May 24, 2005 Form 8-K Filing announcing the entry by CDT into a memorandum of understanding with Sumitomo Chemical Co., Limited for the formation of a joint-venture.

3. Attached as **Exhibit 5** is a true and correct copy of CDT's November 18, 2005 Form 8-K Filing announcing the entry by CDT into a definitive joint-venture agreement with Sumitomo Chemical Co., Limited, forming a joint-venture entity Sumation Limited.

4. Attached as **Exhibit 6** is a true and correct copy of the September 2007 announcement of Sumitomo Chemical Co., Ltd.'s acquisition of CDT, Inc. for $12 per share, or $285 million.

5. Attached as **Exhibit 7** is a true and correct copy of *Hill v. Spread Trustee*, [2006] EWCA Civ 542 decision.

6. Attached as **Exhibit 8** is a true and correct copy of the United Kingdom's Limitations Act of 1980.

7. Attached as **Exhibit 9** is a true and correct copy of a June 28, 2008 letter from Sunnyside's United Kingdom attorneys at Beachcroft, to Opsys Limited's Liquidator,

2

Mr. Anthony Hannon of the Insolvency Service, requesting the appointment to pursue claims on behalf of the estate under the United Kingdom's Insolvency Act of 1986 is.

8. On July 10, 2008 I spoke with Mr. Hannon about Sunnyside's application to be appointed as a liquidator. Although Mr. Hannon was not in a position to commit that Sunnyside would be authorized to proceed as liquidator, Mr. Hannon has led me to believe it is likely Sunnyside would be appointed to proceed on behalf of creditors.

9. Attached as **Exhibit 10** is a true and correct copy of sections 139 and 231 of the Insolvency Act of 1986.

10. Attached as **Exhibit 11** is a true and correct copy of the decision *Inland Revenue Commissioners v Hashmi and anor*, CA, 3 May 2002 ¶23 issued by the Civil Court of Appeals for England and Whales.

11. Attached as **Exhibit 12** is a true and correct copy of the Memorandum of Law submitted by Cambridge Display Technologies, Inc. in the action *Sunnyside Development Co. LLC v. Bank of New York*, No. 07-cv-8825 (LLS).

12. In accordance with 28 U.S.C. 1746, I affirm under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
August 18, 2008

_____
Christoph C. Heisenberg

Affirmation of Christoph Heisenberg
No. C:08-1780-MHP