UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V,<br><br>　　　　　　　　　Defendants. | No. C-08-1780-MHP<br><br>[~~PROPOSED~~] ORDER<br>Re: Administrative Motion Pursuant To Local Rule 79-5(d) Sealing Documents |

UPON the Administrative Motion Pursuant to Local Rule 79-5(d) filed on August 18, 2008, and good cause having been shown in the submission in support of the motion filed by defendants Cambridge Display Technology Limited and CDT Oxford Limited [and non-party Ernst & Young LLP], the Court hereby orders that (1) Exhibits 1, 2 and 3 to the August 18, 2008 Affirmation of Christoph C. Heisenberg, and (2) the un-redacted version of Sunnyside Development Company LLC's August 18, 2008 Memorandum in Opposition To Cambridge Display Technology Limited's Motion To Dismiss, both currently lodged with the Clerk of the Court, be sealed by the Clerk of the Court.

IT IS SO ORDERED.

Dated: August 20, 2008

