1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON #76342
2  ALICE KWONG MA HAYASHI #178522
   ELIANA P. KAIMOWITZ RODRIGUEZ #256712
3  50 Fremont Street
   Post Office Box 7880
4  San Francisco, CA 94120-7880
   Telephone: (415) 983-1000
5  Facsimile: (415) 983-1200
   bruce.ericson@pillsburylaw.com
6  alice.hayashi@pillsburylaw.com
   eliana.kaimowitz@pillsburylaw.com
7
   Attorneys for Defendants
8  CAMBRIDGE DISPLAY TECHNOLOGY LIMITED
   and CDT OXFORD LIMITED
9

10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14

15

16  SUNNYSIDE DEVELOPMENT              No. C-08-1780-MHP
    COMPANY LLC,
17                                     **SUPPLEMENTAL FOREIGN**
                        Plaintiff,     **AUTHORITIES SUBMITTED IN**
18                                     **SUPPORT OF DEFENDANT**
         vs.                           **CAMBRIDGE DISPLAY**
19                                     **TECHNOLOGY LIMITED'S**
    CAMBRIDGE DISPLAY TECHNOLOGY       **MOTION TO DISMISS**
20  LIMITED, CDT OXFORD LIMITED,       **COMPLAINT**
    OPSYS LIMITED, and JOHN DOES I
21  through V,                         Date:    September 8, 2008
                                       Time:    2:00 pm
22                      Defendants.    Courtroom 15, 18th Floor
                                       Hon. Marilyn Hall Patel
23

24

25

26

27

28

1    Defendant **CAMBRIDGE DISPLAY TECHNOLOGY LIMITED** submits the

2    supplemental foreign authorities listed below and attached hereto in support of its motion to

3    dismiss complaint (Dkt. 32; filed July 28, 2008) and its reply memorandum in support of

4    the motion (filed herewith).

5    **Exhibit**

6    UK Insolvency Act 1986 ................................................................................................. A
         Section 230(3)
7        Section 390
         Section 426
8        Section 426(4)
         Section 426(11)
9        Section 426(11)(b)

10   UK Limitation Act 1980 ................................................................................................ B
         Section 32
11
     Co-operation of Insolvency Courts (Designation of Relevant Countries and
12       Territories) Order 1986, SI 1986/2123, art. 2, Schedule ............................................ C

13   Co-operation of Insolvency Courts (Designation of Relevant Countries)
         Order 1996, SI 1996/253, art. 2, Schedule ................................................................ D
14
     Co-operation of Insolvency Courts (Designation of Relevant Country) Order
15       1998, SI 1998/2766, art. 2 ......................................................................................... E

16

17        Dated:  August 25, 2008.

18                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     BRUCE A. ERICSON
19                                   ALICE KWONG MA HAYASHI
                                     ELIANA P. KAIMOWITZ RODRIGUEZ
20                                   50 Fremont Street
                                     Post Office Box 7880
21                                   San Francisco, CA  94120-7880

22
                                     By _____/s/ Alice Kwong Ma Hayashi_____
23                                          Alice Kwong Ma Hayashi
                                     Attorneys for Defendants
24                                   CAMBRIDGE DISPLAY TECHNOLOGY
                                     LIMITED and CDT OXFORD LIMITED
25

26

27

28

1

**Declaration of Alice K. M. Hayashi**

2      I, **Alice Kwong Ma Hayashi,** hereby declare that Exhibits A to E hereto are true

3   and correct copies of the authorities listed on the preceding page.

4      I declare under penalty of perjury that the foregoing declaration is true and correct.

5      Executed on August 25, 2008, at San Francisco California.

6

7                               _____/s/ Alice Kwong Ma Hayashi_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

UK Parliament Acts/I/IH-IN/Insolvency Act 1986 (1986 c 45)/Part VI Miscellaneous Provisions Applying to Companies which are Insolvent or in Liquidation/230 Holders of office to be qualified insolvency practitioners

## Part VI

### Miscellaneous Provisions Applying to Companies which are Insolvent or in Liquidation

#### *Office-holders*

**230 Holders of office to be qualified insolvency practitioners**

(1)   . . .

(2)    Where an administrative receiver of a company is appointed, he must be a person who is so qualified.

(3)    Where a company goes into liquidation, the liquidator must be a person who is so qualified.

(4)    Where a provisional liquidator is appointed, he must be a person who is so qualified.

(5)    Subsections (3) and (4) are without prejudice to any enactment under which the official receiver is to be, or may be, liquidator or provisional liquidator.

**NOTES**

**Derivation**

This section derived from the Insolvency Act 1985, ss 95(1), (2), 96(1).

**Initial Commencement**

*To be appointed*

To be appointed: this Act shall come into force on the day on which the Insolvency Act 1985, Pt III comes into force: see s 443.

**Appointment**

Appointment: 29 December 1986 (being the day on which the Insolvency Act 1985, Pt III came into force): see SI 1986/1924, art 3.

**Amendment**

Sub-s (1): repealed by the Enterprise Act 2002, ss 248(3), 278(2), Sch 17, paras 9, 19, Sch 26.

Date in force: 15 September 2003: see SI 2003/2093, art 2(1), Sch 1; for transitional provisions and effect see art 3(1), (2)(a), (3) thereof and the Enterprise Act 2002, s 249, Sch 17, para 1.

**Modification**

Modified by the Building Societies Act 1986, s 90, Sch 15, and the Friendly Societies Act 1992, s 23, Sch 10.

UK Parliament Acts/I/IH-IN/Insolvency Act 1986 (1986 c 45)/Part XIII Insolvency Practitioners and their Qualification/390 Persons not qualified to act as insolvency practitioners

*The requisite qualification, and the means of obtaining it*

**390 Persons not qualified to act as insolvency practitioners**

(1)    A person who is not an individual is not qualified to act as an insolvency practitioner.

(2)    A person is not qualified to act as an insolvency practitioner at any time unless at that time—

(a)    he is authorised so to act by virtue of membership of a professional body recognised under section 391 below, being permitted so to act by or under the rules of that body, or

(b)    he holds an authorisation granted by a competent authority under section 393.

(3)    A person is not qualified to act as an insolvency practitioner in relation to another person at any time unless—

(a)    there is in force at that time security or, in Scotland, caution for the proper performance of his functions, and

(b)    that security or caution meets the prescribed requirements with respect to his so acting in relation to that other person.

(4)    A person is not qualified to act as an insolvency practitioner at any time if at that time—

(a)    he has been adjudged bankrupt or sequestration of his estate has been awarded and (in either case) he has not been discharged,

[(aa)    a moratorium period under a debt relief order applies in relation of him,]

(b)    he is subject to a disqualification order made [or a disqualification undertaking accepted] under the Company Directors Disqualification Act 1986 [or to a disqualification order made under Part II of the Companies (Northern Ireland) Order 1989] [or to a disqualification undertaking accepted under the Company Directors Disqualification (Northern Ireland) Order 2002], . . .

(c)    he is a patient within the meaning of . . . [section 329(1) of the Mental Health (Care and Treatment) (Scotland) Act 2003] [or has had a guardian appointed to him under the Adults with Incapacity (Scotland) Act 2000 (asp 4)][, or

(d)    he lacks capacity (within the meaning of the Mental Capacity Act 2005) to act as an insolvency practitioner].

[(5)    A person is not qualified to act as an insolvency practitioner while a bankruptcy restrictions order [or a debt relief restrictions order] is in force in respect of him.]

**NOTES**

**Derivation**

This section derived from the Insolvency Act 1985, ss 2, 3(1).

**Initial Commencement**

*To be appointed*

To be appointed: this Act shall come into force on the day on which the Insolvency Act 1985, Pt III comes into force: see s 443.

**Appointment**

Appointment: 29 December 1986 (being the day on which the Insolvency Act 1985, Pt III came into force): see SI 1986/1924, art 3.

**Amendment**

Sub-s (4): para (aa) inserted by the Tribunals, Courts and Enforcement Act 2007, s 108(3), Sch 20, Pt 1, paras 1, 6 (1), (2).

>   Date in force: to be appointed: see the Tribunals, Courts and Enforcement Act 2007, s 148(2).

Sub-s (4): in para (b) words "or a disqualification undertaking accepted" in square brackets inserted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (2)(a).

>   Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (4): in para (b) words "or to a disqualification order made under Part II of the Companies (Northern Ireland) Order 1989" in square brackets inserted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (2)(b).

>   Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (4): in para (b) words "or to a disqualification undertaking accepted under the Company Directors Disqualification (Northern Ireland) Order 2002" in square brackets inserted by SI 2004/1941, art 3, Schedule, paras 1, 3.

>   Date in force: 1 September 2004 (in relation to disqualification undertakings under the Company Directors Disqualification (Northern Ireland) Order 2002, SI 2002/3150 (NI 4) accepted on or after that date): see SI 2004/1941, art 1(2).

Sub-s (4): in para (b) word omitted repealed by the Mental Capacity Act 2005, s 67(1), (2), Sch 6, para 31(1), (3)(a), Sch 7.

>   Date in force: 1 October 2007: see SI 2007/1897, art 2(1)(d).

Sub-s (4): in para (c) words omitted repealed by the Mental Capacity Act 2005, s 67(1), (2), Sch 6, para 31(1), (3) (b), Sch 7.

>   Date in force: 1 October 2007: see SI 2007/1897, art 2(1)(d).

Sub-s (4): in para (c) words "section 329(1) of the Mental Health (Care and Treatment) (Scotland) Act 2003" in square brackets substituted in relation to England and Wales by SI 2005/2078, art 15, Sch 1, para 3(1), (3) and in relation to Scotland by SSI 2005/465, art 2, Sch 1, para 18(1), (3).

>   Date in force (in relation to Scotland): 27 September 2005: see SSI 2005/465, art 1.
>   Date in force (in relation to England and Wales): 5 October 2005: see SI 2005/2078, art 1(1).

Sub-s (4): in para (c) words "or has had a guardian appointed to him under the Adults with Incapacity (Scotland) Act 2000 (asp 4)" in square brackets inserted by the Adults with Incapacity (Scotland) Act 2000, s 88(2), Sch 5, para 18.

>   Date in force: 1 April 2002: see SSI 2001/81, art 3, Sch 2.

Sub-s (4): para (d) and word ", or" immediately preceding it inserted by the Mental Capacity Act 2005, s 67(1), Sch

6, para 31(1), (3)(c).

> Date in force: 1 October 2007: see SI 2007/1897, art 2(1)(d).

Sub-s (5): inserted, in relation to England and Wales, by the Enterprise Act 2002, s 257(3), Sch 21, para 4.

> Date in force: 1 April 2004: see SI 2003/2093, art 2(2), Sch 2; for transitional provisions see the Enterprise Act 2002, s 256(2), Sch 19 (as amended by SI 2003/2096, art 3).

Sub-s (5): words "or a debt relief restrictions order" in square brackets inserted by the Tribunals, Courts and Enforcement Act 2007, s 108(3), Sch 20, Pt 1, paras 1, 6(1), (3).

> Date in force: to be appointed: see the Tribunals, Courts and Enforcement Act 2007, s 148(2).

## Modification

Modified by the Building Societies Act 1986, s 90, Sch 15, and the Friendly Societies Act 1992, s 23, Sch 10.

## Subordinate Legislation

Insolvency Practitioners Regulations 2005, SI 2005/524.

UK Parliament Acts/I/IH-IN/Insolvency Act 1986 (1986 c 45)/Part XVII Miscellaneous and General/426 Co-operation between courts exercising jurisdiction in relation to insolvency

### Part XVII

### Miscellaneous and General

#### 426 Co-operation between courts exercising jurisdiction in relation to insolvency

(1)    An order made by a court in any part of the United Kingdom in the exercise of jurisdiction in relation to insolvency law shall be enforced in any other part of the United Kingdom as if it were made by a court exercising the corresponding jurisdiction in that other part.

(2)    However, without prejudice to the following provisions of this section, nothing in subsection (1) requires a court in any part of the United Kingdom to enforce, in relation to property situated in that part, any order made by a court in any other part of the United Kingdom.

(3)    The Secretary of State, with the concurrence in relation to property situated in England and Wales of the Lord Chancellor, may by order make provision for securing that a trustee or assignee under the insolvency law of any part of the United Kingdom has, with such modifications as may be specified in the order, the same rights in relation to any property situated in another part of the United Kingdom as he would have in the corresponding circumstances if he were a trustee or assignee under the insolvency law of that other part.

(4)    The courts having jurisdiction in relation to insolvency law in any part of the United Kingdom shall assist the courts having the corresponding jurisdiction in any other part of the United Kingdom or any relevant country or territory.

(5)    For the purposes of subsection (4) a request made to a court in any part of the United Kingdom by a court in any other part of the United Kingdom or in a relevant country or territory is authority for the court to which the request is made to apply, in relation to any matters specified in the request, the insolvency law which is applicable by either court in relation to comparable matters falling within its jurisdiction.

In exercising its discretion under this subsection, a court shall have regard in particular to the rules of private international law.

(6)    Where a person who is a trustee or assignee under the insolvency law of any part of the United Kingdom claims property situated in any other part of the United Kingdom (whether by virtue of an order under subsection (3) or otherwise), the submission of that claim to the court exercising jurisdiction in relation to insolvency law in that other part shall be treated in the same manner as a request made by a court for the purpose of subsection (4).

(7)    Section 38 of the Criminal Law Act 1977 (execution of warrant of arrest throughout the United Kingdom) applies to a warrant which, in exercise of any jurisdiction in relation to insolvency law, is issued in any part of the United Kingdom for the arrest of a person as it applies to a warrant issued in that part of the United Kingdom for the arrest of a person charged with an offence.

(8)    Without prejudice to any power to make rules of court, any power to make provision by subordinate legislation for the purpose of giving effect in relation to companies or individuals to the insolvency law of any part of the United Kingdom includes power to make provision for the purpose of giving effect in that part to any provision made by or under the preceding provisions of this section.

(9)    An order under subsection (3) shall be made by statutory instrument subject to annulment in pursuance of a resolution of either House of Parliament.

(10)    In this section "insolvency law" means—

(a)    in relation to England and Wales, provision [extending to England and Wales and] made by or under this Act or sections [1A,] 6 to 10, [12 to 15], 19(c) and 20 (with Schedule 1) of the Company Directors Disqualification Act 1986 [and sections 1 to 17 of that Act as they apply for the purposes of those provisions of that Act];

(b)    in relation to Scotland, provision extending to Scotland and made by or under this Act, sections [1A,] 6 to 10, [12 to 15], 19(c) and 20 (with Schedule 1) of the Company Directors Disqualification Act 1986 [and sections 1 to 17 of that Act as they apply for the purposes of those provisions of that Act], Part XVIII of the Companies Act or the Bankruptcy (Scotland) Act 1985;

(c)    in relation to Northern Ireland, provision made by or under [the Insolvency (Northern Ireland) Order 1989] [or Part II of the Companies (Northern Ireland) Order 1989] [or the Company Directors Disqualification (Northern Ireland) Order 2002];

(d)    in relation to any relevant country or territory, so much of the law of that country or territory as corresponds to provisions falling within any of the foregoing paragraphs;

and references in this subsection to any enactment include, in relation to any time before the coming into force of that enactment the corresponding enactment in force at that time.

(11)    In this section "relevant country or territory" means—

(a)    any of the Channel Islands or the Isle of Man, or

(b)    any country or territory designated for the purposes of this section by the Secretary of State by order made by statutory instrument.

[(12)    In the application of this section to Northern Ireland—

(a)    for any reference to the Secretary of State there is substituted a reference to the Department of Economic Development in Northern Ireland;

(b)    in subsection (3) for the words "another part of the United Kingdom" and the words "that other part" there are substituted the words "Northern Ireland";

(c)    for subsection (9) there is substituted the following subsection—

"(9)    An order made under subsection (3) by the Department of Economic Development in Northern Ireland shall be a statutory rule for the purposes of the Statutory Rules (Northern Ireland) Order 1979 and shall be subject to negative resolution within the meaning of section 41(6) of the Interpretation Act (Northern Ireland) 1954.".]

**NOTES**

**Derivation**

This section, as originally enacted, derived from the Insolvency Act 1985, s 213.

**Initial Commencement**

*To be appointed*

To be appointed: this Act shall come into force on the day on which the Insolvency Act 1985, Pt III comes into force: see s 443.

**Appointment**

Appointment: 29 December 1986 (being the day on which the Insolvency Act 1985, Pt III came into force): see SI 1986/1924, art 3.

**Amendment**

Sub-s (10): in para (a) words "extending to England and Wales and" in square brackets inserted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (3)(a)(i).

Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (10): in para (a) reference to "1A," in square brackets inserted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (3)(a)(ii).

Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (10): in para (a) words "12 to 15" in square brackets substituted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (3)(a)(iii).

Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (10): in para (a) words "and sections 1 to 17 of that Act as they apply for the purposes of those provisions of that Act" in square brackets substituted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (3)(a)(iv).

Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (10): in para (b) reference to "1A," in square brackets inserted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (3)(b)(i).

Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (10): in para (b) words "12 to 15" in square brackets substituted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (3)(b)(ii).

Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (10): in para (b) words "and sections 1 to 17 of that Act as they apply for the purposes of those provisions of that Act" in square brackets inserted by the Insolvency Act 2000, s 8, Sch 4, Pt II, para 16(1), (3)(b)(iii).

Date in force: 2 April 2001: see SI 2001/766, art 2(1)(a).

Sub-s (10): in para (c) words "the Insolvency (Northern Ireland) Order 1989" in square brackets substituted by the Insolvency (Northern Ireland) Order 1989, SI 1989/2405, art 381, Sch 9, Part II, para 41(a).
Sub-s (10): in para (c) words "or Part II of the Companies (Northern Ireland) Order 1989" in square brackets inserted by SI 1989/2404, arts 25(2), 36, Sch 4, Pt I, para 1.

Date in force: 1 October 1991: see the Companies (1989 Order) (Commencement No 2) Order (Northern Ireland) 1991, SR 1991/410, art 1(2).

Sub-s (10): in para (c) words "or Part II of the Companies (Northern Ireland) Order 1989" in italics repealed and subsequent words in square brackets substituted by SI 2002/3150, art 26(2), Sch 3, para 2.

Date in force: to be appointed: see SI 2002/3150, art 1(2).

Sub-s (12): inserted by the Insolvency (Northern Ireland) Order 1989, SI 1989/2405, art 381, Sch 9, Part II, para 41 (b).

## Modification

Modified by the Companies Act 1989, s 183.

## Subordinate Legislation

Co-operation of Insolvency Courts (Designation of Relevant Countries and Territories) Order 1986, SI 1986/2123 (made under sub-s (11)).
Co-operation of Insolvency Courts (Designation of Relevant Countries) Order 1996, SI 1996/253 (made under sub-s (11)).

Page 4 of 4

Co-operation of Insolvency Courts (Designation of Relevant Country) Order 1998, SI 1998/2766 (made under sub-s (11)).

# EXHIBIT B

UK Parliament Acts/L/LH-LN/Limitation Act 1980 (1980 c 58)/Part II Extension or Exclusion of Ordinary Time Limits/32 Postponement of limitation period in case of fraud, concealment or mistake

*Fraud, concealment and mistake*

**32 Postponement of limitation period in case of fraud, concealment or mistake**

(1)    Subject to [subsections (3) and (4A)] below, where in the case of any action for which a period of limitation is prescribed by this Act, either–

   (a)    the action is based upon the fraud of the defendant; or

   (b)    any fact relevant to the plaintiff's right of action has been deliberately concealed from him by the defendant; or

   (c)    the action is for relief from the consequences of a mistake;

the period of limitation shall not begin to run until the plaintiff has discovered the fraud, concealment or mistake (as the case may be) or could with reasonable diligence have discovered it.

References in this subsection to the defendant include references to the defendant's agent and to any person through whom the defendant claims and his agent.

(2)    For the purposes of subsection (1) above, deliberate commission of a breach of duty in circumstances in which it is unlikely to be discovered for some time amounts to deliberate concealment of the facts involved in that breach of duty.

(3)    Nothing in this section shall enable any action–

   (a)    to recover, or recover the value of, any property; or

   (b)    to enforce any charge against, or set aside any transaction affecting, any property;

to be brought against the purchaser of the property or any person claiming through him in any case where the property has been purchased for valuable consideration by an innocent third party since the fraud or concealment or (as the case may be) the transaction in which the mistake was made took place.

(4)    A purchaser is an innocent third party for the purposes of this section–

   (a)    in the case of fraud or concealment of any fact relevant to the plaintiff's right of action, if he was not a party to the fraud or (as the case may be) to the concealment of that fact and did not at the time of the purchase know or have reason to believe that the fraud or concealment had taken place; and

   (b)    in the case of mistake, if he did not at the time of the purchase know or have reason to believe that the mistake had been made.

[(4A)    Subsection (1) above shall not apply in relation to the time limit prescribed by section 11A(3) of this Act or in relation to that time limit as applied by virtue of section 12(1) of this Act].

[(5)    Sections 14A and 14B of this Act shall not apply to any action to which subsection (1)(b) above applies (and accordingly the period of limitation referred to in that subsection, in any case to which either of those sections would otherwise apply, is the period applicable under section 2 of this Act).]

**NOTES**

**Derivation**

This section derived from the Limitation Act 1939, s 26.

**Initial Commencement**

*Specified date*

Specified date: 1 May 1981: see s 41(2).


**Extent**

This Act does not extend to Scotland: see s 41(4).

**Amendment**

Sub-s (1): words in square brackets substituted by the Consumer Protection Act 1987, s 6, Sch 1, Part I, para 5.
Sub-s (4A): inserted by the Consumer Protection Act 1987, s 6, Sch 1, Part I, para 5.
Sub-s (5): inserted by the Latent Damage Act 1986, s 2(2).

**See Further**

See further, in relation to the disapplication of sub-s (1)(c) above with respect to certain actions for mistake of law relating to tax brought before 8 September 2003: the Finance Act 2007, s 107.

# EXHIBIT C

UK Parliament SIs 1980-1989/1986/2101-2150/Co-operation of Insolvency Courts (Designation of Relevant Countries and Territories) Order 1986 (SI 1986/2123)

1986 No 2123

# Co-operation of Insolvency Courts (Designation of Relevant Countries and Territories) Order 1986

Made - - - 2nd December 1986

Authority: Insolvency Act 1986, s 426(11)

UK Parliament SIs 1980-1989/1986/2101-2150/Co-operation of Insolvency Courts (Designation of Relevant Countries and Territories) Order 1986 (SI 1986/2123)/1

**1**

This Order may be cited as the Co-operation of Insolvency Courts (Designation of Relevant Countries and Territories) Order 1986 and shall come into force on 29th December 1986.

**NOTES**

**Initial Commencement**

*Specified date*

Specified date: 29 December 1986: see above.

UK Parliament SIs 1980-1989/1986/2101-2150/Co-operation of Insolvency Courts (Designation of Relevant Countries and Territories) Order 1986 (SI 1986/2123)/2

**2**

The countries and territories specified in the Schedule to this Order are hereby designated relevant countries and territories for the purposes of section 426 of the Insolvency Act 1986.

**NOTES**

**Initial Commencement**

*Specified date*

Specified date: 29 December 1986: see art 1.

UK Parliament SIs 1980-1989/1986/2101-2150/Co-operation of Insolvency Courts (Designation of Relevant Countries and Territories) Order 1986 (SI 1986/2123)/SCHEDULE Relevant Countries and Territories

## SCHEDULE

### RELEVANT COUNTRIES AND TERRITORIES

**Article 2**

Anguilla

Australia

The Bahamas

Bermuda

Botswana

Canada

Cayman Islands

Falkland Islands

Gibraltar

Hong Kong

Republic of Ireland

Montserrat

New Zealand

St. Helena

Turks and Caicos Islands

Tuvalu

Virgin Islands

## NOTES

**Initial Commencement**

*Specified date*

Specified date: 29 December 1986: see art 1.

# EXHIBIT D

UK Parliament SIs 1990-1999/1996/251-300/Co-operation of Insolvency Courts (Designation of Relevant Countries) Order 1996 (SI 1996/253)

1996 No 253

# Co-operation of Insolvency Courts (Designation of Relevant Countries) Order 1996

Made - - - 8th February 1996

The Secretary of State, in exercise of the powers conferred on him by section 426(11) of the Insolvency Act 1986, hereby makes the following Order

UK Parliament SIs 1990-1999/1996/251-300/Co-operation of Insolvency Courts (Designation of Relevant Countries) Order 1996 (SI 1996/253)/1

**1**

This Order may be cited as the Co-operation of Insolvency Courts (Designation of Relevant Countries) Order 1996 and shall come into force on 1st March 1996.

**NOTES**

**Initial Commencement**

*Specified date*

Specified date: 1 March 1996: see above.

UK Parliament SIs 1990-1999/1996/251-300/Co-operation of Insolvency Courts (Designation of Relevant Countries) Order 1996 (SI 1996/253)/2

**2**

The countries specified in the Schedule to this Order are hereby designated relevant countries for the purposes of section 426 of the Insolvency Act 1986.

**NOTES**

**Initial Commencement**

*Specified date*

Specified date: 1 March 1996: see art 1.

UK Parliament SIs 1990-1999/1996/251-300/Co-operation of Insolvency Courts (Designation of Relevant Countries) Order 1996 (SI 1996/253)/SCHEDULE Relevant Countries

### SCHEDULE

#### RELEVANT COUNTRIES

**Article 2**

Malaysia

Republic of South Africa

### NOTES

**Initial Commencement**

*Specified date*

Specified date: 1 March 1996: see art 1.

# EXHIBIT E

UK Parliament SIs 1990-1999/1998/2751-2800/Co-operation of Insolvency Courts (Designation of Relevant Country) Order 1998 (SI 1998/2766)

1998 No 2766

**INSOLVENCY**

**COMPANIES**
**INDIVIDUALS, ENGLAND AND WALES**
**BANKRUPTCY, SCOTLAND**
**INDIVIDUALS, NORTHERN IRELAND**

# Co-operation of Insolvency Courts (Designation of Relevant Country) Order 1998

| | |
|---|---|
| Made | 11th November 1998 |
| Coming into force | 11th December 1998 |

The Secretary of State, in exercise of the powers conferred on him by section 426(11) of the Insolvency Act 1986, hereby makes the following Order:—

UK Parliament SIs 1990-1999/1998/2751-2800/Co-operation of Insolvency Courts (Designation of Relevant Country) Order 1998 (SI 1998/2766)/1

**1**

This Order may be cited as the Co-operation of Insolvency Courts (Designation of Relevant Country) Order 1998 and shall come into force on 11th December 1998.

**NOTES**

**Initial Commencement**

*Specified date*

Specified date: 11 December 1998: see above.

UK Parliament SIs 1990-1999/1998/2751-2800/Co-operation of Insolvency Courts (Designation of Relevant Country) Order 1998 (SI 1998/2766)/2

**2**

Brunei Darussalam is hereby designated a relevant country for the purposes of section 426 of the Insolvency Act 1986.

**NOTES**

**Initial Commencement**

*Specified date*

Specified date: 11 December 1998: see art 1.

UK Parliament SIs 1990-1999/1998/2751-2800/Co-operation of Insolvency Courts (Designation of Relevant Country) Order 1998 (SI 1998/2766)/Signature(s)

*Kim Howells*

Parliamentary Under-Secretary of State for Competition and Consumer Affairs,

Department of Trade and Industry

11th November 1998

UK Parliament SIs 1990-1999/1998/2751-2800/Co-operation of Insolvency Courts (Designation of Relevant Country) Order 1998 (SI 1998/2766)/EXPLANATORY NOTE

# EXPLANATORY NOTE

### *(This note is not part of the Order)*

This Order designates Brunei Darussalam as a relevant country for the purposes of section 426 of the Insolvency Act 1986. The courts of Brunei Darussalam will have the right under section 426 to request assistance in matters of insolvency law from courts having jurisdiction in relation to insolvency law in any part of the United Kingdom. The Order comes into force on 11th December 1998. Two other Orders have been made under section 426(11) (the Co-operation of Insolvency Courts (Designation of Relevant Countries and Territories) Order 1986, SI 1986/2123 and the Co-operation of Insolvency Courts (Designation of Relevant Countries) Order 1996, SI 1996/253).

A Regulatory Impact Assessment is available, copies of which have been placed in the Libraries of both Houses of Parliament. Copies are also available from the Insolvency Service of the Department of Trade and Industry, PO Box 203, Room 5.1, 21 Bloomsbury Street, London WC1B 3QW.