| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON #76342 |
| 2 | ALICE KWONG MA HAYASHI #178522<br>ELIANA P. KAIMOWITZ RODRIGUEZ #256712 |
| 3 | 50 Fremont Street<br>Post Office Box 7880 |
| 4 | San Francisco, CA 94120-7880<br>Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200 |
| 6 | bruce.ericson@pillsburylaw.com<br>alice.hayashi@pillsburylaw.com<br>eliana.kaimowitz@pillsburylaw.com |
| 7 | |
| 8 | Attorneys for Defendants<br>CAMBRIDGE DISPLAY TECHNOLOGY LIMITED<br>and CDT OXFORD LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SUNNYSIDE DEVELOPMENT COMPANY LLC,

　　　　　　　Plaintiff,

vs.

CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V,

　　　　　　　Defendants.

No. C-08-1780-MHP

**RESPONSE OF DEFENDANT CAMBRIDGE DISPLAY TECHNOLOGY LIMITED TO PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 79-5(d) [Dkts. 37, 38, 41, 42]**

Date:　September 8, 2008
Time:　2:00 p.m.
Courtroom 15, 18th Floor
Hon. Marilyn Hall Patel

1  By an administrative motion (Dkt. 37, 38, 41) filed pursuant to Civil Local Rule 79-
2  5(d), plaintiff Sunnyside Development Company, LLC ("Sunnyside") raised the issue of
3  whether Exhibits 1 through 3 to the "Affirmation of Christoph Heisenberg" (Dkt. 38)
4  should be filed under seal, having been designated as confidential by non-party Ernst &
5  Young ("E&Y"), from which Sunnyside had obtained these documents via subpoena.
6  Defendant **CAMBRIDGE DISPLAY TECHNOLOGY LIMITED** ("CDT Ltd.")
7  hereby states that, having now reviewed the documents and consulted with E&Y, it does
8  not believe that the documents are sealable within the meaning of Civil Local Rule 79-5(d)
9  and therefore does not object to their being made part of the public record.
10  CDT Ltd. notes that earlier today the Court signed (as Dkt. 42) Sunnyside's
11  proposed order granting the administrative motion (Dkt. 41).  As officers of the Court,
12  however, we wish to state that we do not believe the documents are sealable.  It appears that
13  the entry of Dkt. 42 was an inadvertent error; the order refers to "good cause having been
14  shown in the submission in support of the motion filed by defendants Cambridge Display
15  Technology Limited and CDT Oxford Limited [and non-party Ernst & Young LLP]" when
16  in fact those entities made no submission in support of the administrative motion.
17  By stating that the documents need not be sealed, CDT Ltd. does not suggest or
18  stipulate that these documents can be relied on by Sunnyside, or are properly considered by
19  the Court in ruling on the motion to dismiss made by CDT Ltd. pursuant to Fed. R. Civ. P.
20  12(b)(6).  The documents are quite obviously outside the four corners of Sunnyside's
21  complaint and are not the sort of documents of which judicial notice can be taken.  *See In re*
22  *Calpine Corp. Sec. Litig.,* 288 F. Supp. 2d 1054, 1076-77 (N.D. Cal. 2003); *see generally*
23  *Metzler Inv. GmbH v. Corinthian Colleges, Inc.,* --- F.3d ----, No. 06-55826, 2008 WL
24  2853402, at *1 & n.1 (9th Cir. July 25, 2008).  In addition, Sunnyside has not asked that
25  judicial notice be taken of them.  But those are merits issues with respect to the motion to
26  dismiss, and will be addressed at page 1 of that reply.  For purposes of this motion under
27  Civil Local Rule 79-5(d), CDT Ltd. simply states that the documents need not be filed
28  under seal.

1  Dated: August 25, 2008.

2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON
3  ALICE KWONG MA HAYASHI
   ELIANA P. KAIMOWITZ RODRIGUEZ
4  50 Fremont Street
   Post Office Box 7880
5  San Francisco, CA  94120-7880

6
   By _____/s/ Bruce A. Ericson_____
7           Bruce A. Ericson
   Attorneys for Defendants
8  CAMBRIDGE DISPLAY TECHNOLOGY
   LIMITED and CDT OXFORD LIMITED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28