PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
ALICE KWONG MA HAYASHI #178522
ELIANA P. KAIMOWITZ RODRIGUEZ #256712
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200
bruce.ericson@pillsburylaw.com
alice.hayashi@pillsburylaw.com
eliana.kaimowitz@pillsburylaw.com

Attorneys for Defendants
CAMBRIDGE DISPLAY TECHNOLOGY LIMITED
and CDT OXFORD LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, CDT OXFORD LIMITED, OPSYS LIMITED, and JOHN DOES I through V,<br><br>　　　　　　　　　　Defendants. | No. C-08-1780-MHP<br><br>**DECLARATION OF HILARY CHARLES IN SUPPORT OF CDT OXFORD LIMITED'S MOTION TO DISMISS**<br><br>Date:　　September 8, 2008<br>Time:　　2:00 p.m.<br>Courtroom 15, 18th Floor<br>Hon. Marilyn Hall Patel |

　　　　I, **HILARY CHARLES**, declare as follows:

　　　　1.　　I am the corporate secretary for defendant **CAMBRIDGE DISPLAY TECHNOLOGY LIMITED** ("CDT Ltd."). I am also a director of CDT Ltd. I have held these positions since April 2007. The facts stated herein are based upon my own personal knowledge, upon CDT Ltd.'s business records, or, where so indicated, upon my

1  information and belief.  If called as a witness, I could and would competently testify
2  thereto.
3     2.   I have reviewed the Patent Licence dated March 3, 2005, between
4  Cambridge Display Technology Limited ("CDT Ltd.") and Add-Vision, Inc. ("AVI") (the
5  "Licence").  The Licence is a confidential document that contains proprietary information.
6  I have not, therefore, attached it hereto.
7     3.   None of the intellectual property licensed by CDT Ltd. to AVI by means of
8  the License was developed by CDT Oxford Limited.
9     4.   The Licence provides that disputes arising out of clause 3 (financial
10 provisions) will be governed by California law and resolved by arbitration in California.
11 The License further provides, however, that all other provisions will be governed and
12 construed in accordance with English law.  As to these provisions, the License provides for
13 resolution of disputes by arbitration in London.  Each party irrevocably submits for all
14 purposes in connection with the Licence (other than a dispute relating to clause 3) to the
15 exclusive jurisdiction of the courts of England.
16    5.   The Licence does not refer to Opsys Limited, Opsys UK Limited, or CDT
17 Oxford Limited.
18    I declare under penalty of perjury under the laws of the United States of America
19 that the foregoing is true and correct.
20    Executed this 25th day of August 2008 at Cambourne, Cambridgeshire, United
21 Kingdom.
22
23                              /s/ Hilary Charles
                                  Hilary Charles
24
25
26
27
28

| | |
|---|---|
| 1 | **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B** |
| 2 | I, ALICE KWONG MA HAYASHI, hereby declare pursuant to General Order 45, |
| 3 | § X.B, that I have obtained the concurrence in the filing of this document from Hilary |
| 4 | Charles. |
| 5 | I declare under penalty of perjury that the foregoing declaration is true and correct. |
| 6 | Executed on August 25, 2008, at San Francisco, California. |

                                                     /s/ Alice Kwong Ma Hayashi
                                                     Alice Kwong Ma Hayashi